DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABEL GONZALEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-160 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| ABEL GONALEZ-MARTINEZ, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on May 13, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Daniel McConkie. Defendant Abel Gonzalez-Martinez was present in custody, and was represented by defense counsel, Assistant Federal Defender Lexi Negin for Chief Assistant Federal Defender Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on May 20, 2008 at 9:30 a.m.

The parties agreed on the need for additional time to allow time

for defense preparation.

    IT IS HEREBY ORDERED that this matter be set for further Status Conference on May 20, 2008 at 9:30 a.m..

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from May 13, 2008 to and including May 20, 2008 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: May 19, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28