DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ABEL GONZALEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>     v.   )<br>  )<br>ABEL GONZALEZ-MARTINEZ,   )<br>  )<br>            Defendant.  )<br>_____ | NO. CR.S-08-160-LKK<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  May 20,2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 20, 2008 be vacated, and the matter be set for status conference on June 3, 2008 at 9:30 a.m.

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 3, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 19, 2008.                    Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

DATED: May 19, 2008.                    /s/ Linda C. Harter
                                                  LINDA C. HARTER
                                                  Chief Assistant Federal Defender
                                                  Attorney for Defendant

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: May 19, 2008.                    /s/Daniel McConkie, Jr.
                                                  DANIEL MCCONKIE, JR.
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 3, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 19, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2